[This opinion has been published in *Ohio Official Reports* at 78 Ohio St.3d 1.]

THE STATE OF OHIO, APPELLANT, *v.* MCWILLIAMS, APPELLEE.

[Cite as *State v. McWilliams*, 1997-Ohio-249.]

*Statutes—Determining scope of an "existing sections" repeal.*

(No. 96-2459—Submitted January 21, 1997—Decided March 5, 1997.)

APPEAL from the Court of Appeals for Athens County, No. 96 CA 1730.

————————————

*William R. Biddlestone*, Athens County Prosecuting Attorney, and *Birgit Pedersen*, Assistant Prosecuting Attorney, for appellant.

*Jennifer D. Schaffer*, Assistant State Public Defender, for appellee.

————————————

{¶ 1} The discretionary appeal is allowed.

————————————

The judgment of the court of appeals is reversed on the authority of *State v. Wilson* (1997), 77 Ohio St.3d 334, ___ N.E.2d ___, and the appellee's conviction is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.